# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# NO. 3:92-CR-34

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| ALVIN B. TRUESDALE, | ) |
| **Defendant.** | ) |

The UNITED STATES OF AMERICA is hereby **ORDERED** to respond to ALVIN B. TRUESDALE's Motion (Doc. 78) by July 19, 2016.

**SO ORDERED.**

Signed: July 12, 2016

Richard L. Voorhees
United States District Judge