# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# NO. 3:92-CR-34

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALVIN B. TRUESDALE, | ) | |
| **Defendant.** | ) | |

The UNITED STATES OF AMERICA is hereby directed to respond to ALVIN B. TRUESDALE's Motion (D.E. 51) and related filings (D.E. 54, 56, 60). This response shall be filed on Friday, July 22, 2016. This Order hereby amends the previously entered order (D.E. 85) and extends the July 19, 2016 deadline to July 22, 2016.

**SO ORDERED.**

Signed: July 12, 2016

Richard L. Voorhees
United States District Judge