IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92-CR-00034-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN B. TRUESDALE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se seeking removal of Amy E. Ray and Frank D. Whitney as attorneys to be noticed by the CM/ECF system and notice of the identity of the person representing the United States in this matter. (Doc. No. 104).

According to the CM/ECF docket, former Assistant United States Attorney Frank D. Whitney was added as a government attorney as of February 6, 1992. He later became a judge in this District, and the docket now reflects his termination as an advocate. Assistant United States Attorney Amy E. Ray entered a notice of appearance on February 12, 2010, which has not been withdrawn. (Doc. No. 10). The defendant has not shown any basis to prevent her continued representation of the government.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 104), is **DISMISSED as moot** as to Judge Whitney, and is **DENIED** as to AUSA Ray.

The Clerk is directed to certify copies of this order to the defendant and the United States Attorney.

Signed: February 3, 2021

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge