IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92-CR-00034-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN B. TRUESDALE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motions for a reduced sentence pursuant to the First Step Act of 2018. (Doc. Nos. 131, 132).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court. Here, it appears that the defendant may be eligible for relief under the Act, (Doc. No. 132: Supplement to Presentence Report at 2), which is discretionary, First Step Act of 2018, § 404(b), (c), Pub. L. 115-135 (2018).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion for sentence reduction within thirty (30) days of the entry of this Order.

Signed: October 18, 2021

Robert J. Conrad, Jr.
United States District Judge