IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92-CR-00034-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALVIN B. TRUESDALE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the defendant's motion for clarification, (Doc. No. 137), and the government's motion, (Doc. No. 142), to extend the deadline for responding to the defendant's Motion to Reduce Sentence to Time Served Pursuant to the First Step Act of 2018, (Doc. No. 132).

The Court finds that the government has stated sufficient cause to extend the deadline in this case. Additionally, the government intends to address the defendant's claims under Section 404 of the Act and for compassionate release.

**IT IS, THEREFORE, ORDERED** that the defendant's motion for clarification is **MOOT**.

**IT IS FURTHER ORDERED** that government's motion is **GRANTED**, and the government shall file any response on or before December 14, 2021.

The Clerk is directed to certify copies of this order to the defendant and to the United States Attorney.

Signed: December 1, 2021

Robert J. Conrad, Jr.
United States District Judge